# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
PHOENIX PETROLEUM COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 97-315C

(Filed: September 15, 2006)

**ORDER**

A status conference by telephone was held in the above matter on September 13, 2006.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Wednesday, March 14, 2007, at 11:00 a.m. The Court will initiate the conference call.

2. All proceedings in this case shall continued to be stayed until March 14, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims