# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PHOENIX PETROLEUM COMPANY, Plaintiff, | | |
| v. | | No. 97-315C |
| THE UNITED STATES, Defendant. | | (Filed: March 15, 2007) |

## ORDER

A status conference by telephone was held in the above matter on March 14, 2007.

**It is hereby ORDERED:**

1. All proceedings in this case shall continued to be stayed.

2. The parties shall within 30 days of the Federal Circuit's decisions in the cases of ConocoPhillips, No. 07-5004, La Gloria Oil, No. 07-5010, and Tesoro Hawaii Corp., No. 07-5022, inform this Court of the result, and provide a revised schedule for further proceedings.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims